**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LOCAL UNION 1914 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No: 2:10-cv-00469-GLL |
| vs. | ) ) ) | *Electronically Filed* |
| CURTISS-WRIGHT ELECTRO-MECHANICAL CORPORATION, EMD, | ) ) | |
| Defendant. | | |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff,

Local Union 1914 of the International Brotherhood of Electrical Workers, AFL-CIO, and

Defendant, Curtiss-Wright Electro-Mechanical Corporation, EMD, by their undersigned

counsel, hereby agree and stipulate to dismiss with prejudice Civil Action No. 2:10-cv-

00469, each party to be responsible only for its own costs and attorneys fees. Plaintiff

and Defendant have agreed, without establishing any future precedent, to submit

Grievance No. 2856 to arbitration before Arbitrator James Duff. Defendant has agreed to

waive its contractual right not to arbitrate for purposes of this arbitration only.

| | |
|---|---|
| /s/ Marianne Oliver | /s/ Peter D. Post |
| Marianne Oliver, Esquire | Peter D. Post, Esquire |
| PA ID No. 46463 | PA ID No. 16804 |
| GILARDI, COOPER & LOMUPO | OGLETREE, DEAKINS, NASH, |
| 223 Fourth Avenue, 10th Floor | SMOAK & STEWART, P.C. |
| Pittsburgh, PA 15222 | 444 Liberty Avenue |
| Ph. (412) 391-9770 | Four Gateway Center, Suite 400 |
| Fax (412) 391-9780 | Pittsburgh, PA 15222 |
| moliver@lawgcl.com | Ph. (412) 394-3343 |
| | Fax (412) 232-1799 |
| *Attorney for Plaintiff* | Peter.post@ogletreedeakins.com |

*Attorney for Defendant*

SO ORDERED, this 4th day of June, 2010

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge